IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JUSTIN WILHELM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-09-1050-C |
| | ) | |
| MARK BRUNING, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Bana Roberts on April 16, 2010. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge (Dkt. No. 8) is adopted and Plaintiff's civil rights complaint is dismissed. As no amendment can cure the defect, the dismissal as an adjudication and a judgment shall enter.

IT IS SO ORDERED this 25th day of May, 2010.

ROBIN J. CAUTHRON
United States District Judge